Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Judith T. Sethna (SBN 232731)
Email: jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant Synchrony Bank, formerly known as GE Capital Retail Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVIS WATSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GE CAPITAL RETAIL BANK,<br><br>　　　　Defendant. | Case No. _____<br><br>[Removed from the Superior Court of California, County of Los Angeles, Case No. 14K12111]<br><br>**DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL**<br><br>**[FEDERAL QUESTION]**<br><br>Compl. Filed. September 12, 2014 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Synchrony Bank ("Synchrony") hereby removes the action described below from the Superior Court of California for the County of Los Angeles to the United States District Court for the Central District of California, pursuant to Sections 1331, 1441(b) and (c), and 1446 of Title 28 of the United States Code ("U.S.C."). The removal is based on the following:

1. On September 12, 2014, Plaintiff Mavis Watson ("Plaintiff") filed a complaint (the "Complaint") against Synchrony in the Superior Court of California, County of Los Angeles, Case No.: 14K12111. A true and correct copy of the Complaint is attached as Exhibit "A."

2. The Complaint alleges causes of action against Synchrony for violations of the Rosenthal Fair Debt Collection Practices Act, Civil Code section 1788 *et seq.* and violations of the Telephone Consumer Protections Act, 47 U.S.C. section 227 *et seq.* ("TCPA").

3. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331, in that it is a civil action arising under the laws of the United States. Specifically, Plaintiff's action arises under the TCPA. *See Mims v. Arrow Fin. Servs.*, LLC, ___ U.S. ___, 132 S.Ct. 740, 753 (2012) (holding that federal courts have federal question jurisdiction over TCPA suits).

4. This Court has supplemental jurisdiction over Plaintiff's state statutory claim as the claim is sufficiently related to the claim on which the Court's original

jurisdiction is based, and hence, form a part of the same case or controversy. *See* 28 U.S.C. § 1367.

5. Synchrony filed this Notice of Removal within 30 days after being served with a copy of the Summons and Complaint and therefore this Notice of Removal is timely under 28 U.S.C. §1446(b).

6. The Superior Court of California for the County of Los Angeles is located within the United States District Court for the Central District of California. *See* 28 U.S.C. §84(c)(3). Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. §1441(a).

7. In compliance with 28 U.S.C. §1446(d), Synchrony will serve on Plaintiff and will file with the Clerk of Superior Court a "Notice to the Clerk of the Superior Court and To Adverse Parties of Filing of Notice of Removal of Civil Action to Federal Court," attaching a copy of this Notice of Removal.

8. There are no other cases related to the instant action, and Synchrony has not attempted to remove this case previously.

9. With this Notice of Removal, Synchrony will file true and accurate copies of all process and pleadings served upon it in this action as required by 28 U.S.C. § 1446(a).

WHEREFORE, Synchrony respectfully requests that this action proceed in this Court as an action properly removed hereto.

DATED: November 14, 2014

        REED SMITH LLP

        By: */s/ Judith T. Sethna*
            Judith T. Sethna (SBN 232731)
            Email: jsethna@reedsmith.com
            Attorneys for Defendant Synchrony Bank, formerly known as GE Capital Retail Bank

# PROOF OF SERVICE

***Mavis Watson v. GE Capital Retail Bank***
Los Angeles County Superior Court - Case No. _____

   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On November 14, 2014, I served the following document(s) by the method indicated below:

**DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL**

| | |
|---|---|
| ☐ | by transmitting via facsimile on this date from fax number 213-457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmitting fax machine complies with Cal.R.Ct 2003(3). |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly. |
| ☐ | VIA MESSENGER: by placing the document(s) listed above in a sealed envelope(s) and consigning it to a messenger service (First Legal Messenger Service) for personal delivery today. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. **(VIA UPS)** |
| ☐ | by transmitting via email to the parties at the email addresses listed below: |

SEE ATTACHED SERVICE LIST

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 14, 2014, at Los Angeles, California.

*[signature]*
Sonia Martinez

– 1 –
PROOF OF SERVICE

# SERVICE LIST

***Mavis Watson v. GE Capital Retail Bank***
Los Angeles County Superior Court - Case No. _____

| | |
|---|---|
| Todd M. Friedman<br>Suren N. Weerasuriya<br>Adrian R. Bacon<br>324 S. Beverly Dr., #725<br>Beverly Hills, CA 90212<br>Tel: (877) 206-4741<br>Fax: (866) 633-0228<br>e-mail: tfriedman@attorneyforconsumers.com | Attorney for Plaintiff |