Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAVIS WATSON,** | ) Case No.  2:14-cv-08887-RSWL-AJW |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| | ) **DISMISS WITHOUT PREJUDICE** |
| vs. | ) |
| | ) |
| **GE CAPITAL RETAIL BANK,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 20th day of February, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Stipulation to Dismiss- 1

REED SMITH LLP

By: /s/ Judith T. Sethna

Judith T. Sethna
Attorneys for Defendant
Synchrony Bank, formerly known as GE Capital Retail Bank

1 | Filed electronically on this 20th day of February, 2015, with:

2 | United States District Court CM/ECF system

3 |
4 | Notification sent electronically via the Court's ECF system to:

5 | Honorable Judge Ronald S.W. Lew
  | United States District Court
6 | Central District of California

7 |
8 | Felicia Yu
  | Reed Smith LLP
9 |
10 | Judith Sethna
   | Reed Smith LLP
11 |
12 |
13 | This 20th day of February, 2015.
   | s/Todd M. Friedman
14 | TODD M. FRIEDMAN