JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAVIS WATSON,** Plaintiff, vs. **GE CAPITAL RETAIL BANK,** Defendant. | Case No. 2:14-cv-08887-RSWL-AJW  **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed without prejudice. Each party shall bear their own costs and attorney fees.

Dated this 23rd day of February, 2015.

RONALD S.W. LEW
The Honorable Ronald S.W. Lew
Senior U.S. District Judge